**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff/Respondent,<br><br>vs.<br><br>Jesus A. Murrieta-Perez<br><br>　　　　Defendant/Petitioner/Movant. | CV 10-0610-PHX-JAT (DKD)<br>CR 08-0712-PHX-JAT<br><br>**ORDER** |

  Pending before the Court is Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 9) recommending that the Motion be denied.

  Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

  Accordingly,

  **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 9) is **ACCEPTED and ADOPTED**;

1  **IT IS FURTHER ORDERED** that Movant's Motion to Vacate, Set Aside or Correct
2  Sentence pursuant to 28 U.S.C. § 2255 (Doc. #1) is **DENIED WITH PREJUDICE**; and the
3  Clerk of the Court shall enter judgment accordingly.

4  **IT IS FURTHER ORDERED** pursuant to Rule 11 of the Rules Governing Section
5  2255 Proceedings, in the event Movant files an appeal, the Court denies issuance of a
6  certificate of appealability because Movant has not made a substantial showing of the denial
7  of a constitutional right.

8  DATED this 6th day of October, 2010.

_____
James A. Teilborg
United States District Judge